MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DARREN J. COBB,

    Plaintiff,

vs.

STANISLAUS CREDIT CONTROL SERVICE, INC.,

    Defendant.

CV-S-04-0736-KJD-PAL

**JURY DEMAND**

JURY DEMANDED

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2004, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

PARTIES

5. Plaintiff, Darren J. Cobb, is a natural person and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Stanislaus Credit Control Service, Inc., is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Modesto, California, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. Plaintiff is a Regional Sales Director for CompUSA.

9. Plaintiff lives in both Nevada and California.

10. During May 2003 Plaintiff was treated at Sutter Roseville Medical Center.

11. Plaintiff's entire medical treatment was covered by health insurance.

12. The December 29, 2003 EOB provided by Great West reflects that Plaintiff is not liable for any amount over the plan's negotiated rate (Exhibit 1).

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

2

13. On March 7, 2004 Plaintiff disputed the $211.00 sought by California Emergency Physicians (Exhibit 2).

14. Notwithstanding, California Emergency Physicians assigned Plaintiff's account to Defendant.

15. Plaintiff then disputed the debt with Defendant pursuant to FDCPA § 1692g (Exhibit 3).

16. Exhibit 3 contains Defendant's April 9, 2004 dun to Plaintiff.

17. Plaintiff's dispute was received by Defendant on April 14, 2004 (Exhibit 3).

18. Multiple calls between Plaintiff and Defendant wherein Plaintiff again disputed Defendant's account were initiated both in California and Nevada.

19. Defendant did not validate Plaintiff's account, but rather, again dunned Plaintiff on May 10, 2004 in violation of FDCPA §§ 1692c(c) and 1692g(b) (Exhibit 4).

20. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

21. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

22. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

23. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

24. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e, 1692f and 1692g.

25. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

27. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

28. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

### JURY DEMAND

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

4

1. Award actual damages.

2. Award punitive damages.

3. Award statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k.

4. Award reasonable attorney fees.

5. Award costs.

6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

EXHIBITS

# EXPLANATION OF BENEFITS

```
                                           EOB    DATED 05/27/04
                                                  MAIL    4 00  BIN:    070046
COMP USA              335                         EXAMINER NO:  194533
1000 GREAT-WEST DR                                PLAN NO:      007086-200-001
KENNETT          MO 63857-3749
GREAT-WEST HEALTHCARE                             PATIENT NO:   E270001367
PARTICIPANT: DARREN COBB                          CLAIM NO:     03352006703
REL CD: EE    PATIENT: DARREN COBB


       DARREN COBB
       572 STRIPED MOSS STREET                    COMP USA, INC.
       ROSEVILLE        CA 95678                  MR. RON CLARK
                                                  14951 NORTH DALLAS PARKWAY
                                                  DALLAS        TX 75240
```

| PROVIDER NAME / DATES OF SERVICE / TYPE OF SERVICE | SUBMITTED CHARGES | LESS PROV. DISCOUNT OR INELIGIBLE CHARGE | SEE NOTE ** | LESS COPAY/ ENCOUNTER FEE | LESS DEDUCTIBLE | REMAINING CHARGES | % PLAN PAYS | BENEFIT PAYABLE |
|---|---|---|---|---|---|---|---|---|
| ROBERT P ROYER MD 05/16/03 | | | | | | | | |
|   OFFICE SERVICE(S) | 420.00 | 160.00 | LJ | | | 260.00 | 100 | 260.00 |
|   LABORATORY | 42.00 | 24.00 | LJ | | | 18.00 | 100 | 18.00 |
|   X-RAY | 27.00 | 27.00 | XF | | | .00 | 0 | .00 |
|         TOTALS | 489.00 | 211.00 | | | | 278.00 | | 278.00 |

```
-------------------CHECKS ISSUED-------------------    TOTAL BENEFIT PAYMENT ISSUED    278.00
   CHECK NO      AMOUNT   PAYEE
  0001285268     278.00   CA EMER PHYS ROSEVILLE

-----------------------------------------------------------------------------------------------
THE PATIENT HAS USED $22261.82   OF THE $1000000.00 LIFETIME MAXIMUM
THE PATIENT HAS MET $.00 OF THE 2003 $200.00 MEDICAL DEDUCTIBLE UNDER PPO PLAN
-----------------------------------------------------------------------------------------------

** NOTE:   LJ--PATIENT NOT LIABLE FOR DENIED AMOUNT OVER PHCS NEGOTIATED RATE.
           XF--NOT COVERED EXPENSE AT SAME VISIT. NETWORK PROVIDER DO NOT BILL MEMBER**

           If NOTE requests information, return it with this form to the address in
           upper left corner within 45 days from this EOB receipt or consider claim
           denied. If info is returned timely, we'll process the claim in 15 days.
           If note above ends in *** see paragraph B on reverse side of this EOB.
           See paragraph A on reverse side of this EOB for ERISA rights.

           For claim information please call the Benefit Information number on your
           ID Card and use the Automated Voice Response feature.
```

# EXHIBIT 1

SEE REVERSE SIDE

FORM 3065(4 97)

March 7, 2004

Account # 000136728

CERTIFIED MAIL

CA Emergency Phys * Roseville
1601 Cummins Drive. , STE. D-27
Modesto, Ca 95358-6403

Office Manager

Dear CA Emergency Phys * Roseville:

ALLEGED PAST DUE INVOICE

I am in receipt of your final notice dated March 1, 2004 demanding payment for an allegedly past due invoice pertaining to the account number referenced above. As I have contacted your office on two previous occasions via telephone disputing these charges, your final letter marked in red and threatening to jeopardize my credit rating has required me to document my dispute in writing.

On or about May 16, 2003 I was treated at Sutter Roseville Medical Center, Charges exceeding $ 9,000.00 were submitted to Great West insurance and based on eligible benefits less ineligible charges a payment was approved for $ 7,622.25. Your office submitted a separate invoice requesting payment in the amount of $ 489.00 for office service, laboratory and X-Ray fees. Great West approved payment for $ 278.00 advising the remaining charges of $ 211.00 were ineligible based on previous negotiated rates and what appeared to be duplicate X-Ray charges. The explanation of benefits form provided by Great West clearly states "**Patient not liable for denied amount over PHCS negotiated rates, and the X-Ray (XF) not covered expense at the same visit. Network provider do not bill member.**"

*Should your office compromise my creditworthiness by the acts, obduracy and general indifference or should you deliberately or negligently provide inaccurate credit information to any consumer reporting agency I will bring action for damages based on violations of the fair credit reporting act, U.S.C 1681 et esq., Commonly referred to as ( " FCRA" )*

Respectfully,

Darren Cobb
cc: Ron Clark
   CompUSA Benefits manager
   14951 North Dallas Parkway
   Dallas Texas 75240

   Great-West Life & Annuity Insurance Company
   1000 Great-West Drive
   Kennett Mo 63857-3749

572 STRIPED MOSS STREET
ROSEVILLE CA, 95678-6026

**EXHIBIT 2**

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

CA EMERGENCY PHYS- Roseville
1601 Cummins Drive STE D-27
Modesto CA 95358-6108

DELIVERY CONFIRMATION NUMBER: 0303 2460 0000 2718 0010

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                                    (See Reverse)

April 12, 2004

CERTIFIED MAIL

<u>Reference # 00013672801</u>

CA Emergency Phys * Roseville / Stanislaus credit control services, Inc
914 14th Street
Modesto, Ca 95353

Dear Stanislaus Credit control services

**ALLEGED PAST DUE INVOICE**

I am in receipt of your collection notice dated April 9, 2004 demanding payment for an allegedly past due invoice pertaining to the account number referenced above. As I have contacted your client on two previous occasions via telephone and have sent the required written response disputing these charges, your letter threatening to jeopardize my credit rating has required me to again document my dispute.

On or about May 16, 2003 I was treated at Sutter Roseville Medical Center, Charges exceeding $ 9,000.00 were submitted to Great West insurance and based on eligible benefits less ineligible charges a payment was approved for $ 7,622.25. Your office submitted a separate invoice requesting payment in the amount of $ 489.00 for office service, laboratory and X-Ray fees. Great West approved payment for $ 278.00 advising the remaining charges of $ 211.00 were ineligible based on previous negotiated rates and what appeared to be duplicate X-Ray charges. The explanation of benefits form provided by Great West clearly <u>states, **"Patient not liable for denied amount over PHCS negotiated rates, and the X-Ray (XF) not covered expense at the same visit. Network provider do not bill member.**</u>

On March 17, 2004 your client was again advised by Great West Insurance the amount request was not the responsibility of the member based on previously negotiated rates. A copy of this decision and my originally letter have been attached for your review.

*Should your office compromise my creditworthiness by the acts, obduracy and general indifference or should you deliberately or negligently provide inaccurate credit information to any consumer reporting agency I will bring action for damages based on violations of the fair credit reporting act, U.S.C 1681 et esq., Commonly referred to as ( " FCRA" )*

Respectfully,

Darren Cobb
cc:  Sutter Medical Group Administration
     2800 L Street
     Sacramento Ca, 95816

     Great-West Life & Annuity Insurance Company
     1000 Great-West Drive
     Kennett Mo 63857-3749

572 STRIPED MOSS STREET
ROSEVILLE CA, 95678-6026

**EXHIBIT 3**

THIS HAS BEEN SENT BY A COLLECTION AGENCY AND IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**914 14th Street**
**Post Office Box 480**
**Modesto, CA 95353**

SINCE SCCS 1955
STANISLAUS CREDIT
CONTROL SERVICE, INC

(209) 523-1813
1(800) 838-7227
Fax::(209)524-4107

94840736-1
DARREN J COBB
572 STIPED MOSS SR
ROSEVILLE, CA 95678

REFERENCE NUMBER:   00013672801
BALANCE:            $211.00

April 9, 2004

RE:  CALIF EMERGENCY PHYSICIANS
     800-340-1309

---

**ACCOUNT REFERRAL**

THE ABOVE CLAIM AGAINST YOU HAS BEEN REFERRED
TO THIS OFFICE FOR COLLECTION.

CALIF EMERGENCY PHYSICIANS HAS ASKED THAT WE CONTACT YOU REGARDING
THIS ACCOUNT. PLEASE PAY ANY UNDISPUTED PORTION,
AND EXERCISE YOUR RIGHTS DESCRIBED BELOW IF YOU BELIEVE
YOU DO NOT OWE THIS SUM.  A RESPONSE FROM YOU MAY
PRESERVE YOUR CREDIT STANDING AND AVOID THE
INCONVENIENCE THAT NORMAL COLLECTION PROCEDURES
REQUIRE.  PLEASE SEND YOUR PAYMENT DIRECTLY TO
CALIF EMERGENCY PHYSICIANS, OR CONTACT THEM AT 800-340-1309.

YOUR CREDIT REPUTATION IS VALUABLE.

---

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION.  IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

94840736-1
DARREN J COBB
572 STIPED MOSS SR
ROSEVILLE, CA 95678

REFERENCE NUMBER:   00013672801
BALANCE:            $211.00

April 9, 2004

RE:  CALIF EMERGENCY PHYSICIANS
     SUTTER ROSEVILLE MED CTR
     1601 CUMMINS DR
     MODESTO, CA 95358

AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS.  <u>BUT WE WILL NOT SUBMIT A NEGATIVE CREDIT REPORT TO A CREDIT REPORTING AGENCY ABOUT THIS CREDIT OBLIGATION UNTIL THE EXPIRATION OF THE TIME PERIOD LISTED ABOVE.</u>

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

MODESTO CA 95353

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

Postmark Here  04/13/2006

7004 0550 0001 2503 6750

Sent To: STANISLAUS CREDIT CONTROL
Street, Apt. No.; or PO Box No.: 914 14TH ST
City, State, ZIP+4: MODESTO CA 95353

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   STANISLAUS CREDIT CONTROL
   914 14TH ST
   MODESTO CA 95353

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sharon Grendel
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 14 2004

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service):
   7004 0550 0001 2503 6750

PS Form 3811, August ...    Domestic Return Receipt    102595-02-M-1540

THIS HAS BEEN SENT BY A COLLECTION AGENCY AND IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

914 14th Street
Post Office Box 480
Modesto, CA 95353

SINCE SCCS 1955
STANISLAUS CREDIT
CONTROL SERVICE, INC

(209) 523-1813
1(800) 838-7227
Fax:(209)524-4107

94840736-1
DARREN J COBB
572 STIPED MOSS SR
ROSEVILLE, CA 95678

ASSIGNED AMOUNT:        $211.00
INTEREST:                 $0.06
BALANCE:                $211.06

RE:   CALIF EMERGENCY PHYSICIANS

May 10, 2004

JUST A REMINDER

WE WOULD LIKE TO HEAR FROM YOU

TO RESOLVE ANY DISPUTES, OR TO CLEAR

ANY UNDISPUTED PORTION OF THIS ACCOUNT.

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

DARREN J COBB
572 STIPED MOSS SR
ROSEVILLE, CA 95678

ACCOUNT NUMBER:       94840736-1
ASSIGNED AMOUNT:         $211.00
INTEREST:                  $0.06
BALANCE:                 $211.06

RE:   CEP275     CALIF EMERGENCY PHYSICIANS

May 10, 2004

